WILLIAM A. HOLDREN, Respondent, *v.* ORVAL C. MORRIS et al., Individually and as Co-partners under the Firm Name of MORRIS & REIMANN, Appellants.

Submitted February 23, 1943; decided March 4, 1943.

*Clayton M. Smith* for motion.

No one opposed.

Motion dismissed with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of NATIONAL SURETY COMPANY.

DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of Farmers State Bank, Collaway, Nebraska, Appellant.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company, Respondent.

Submitted February 23, 1943; decided March 4, 1943.

Motion for reargument of motion to further amend the remittitur denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 624, 841.)